UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wilguens Dorval,<br><br>                    Plaintiff,<br><br>-v-<br><br>Think Outsourcing LLC,<br><br>                    Defendant. | Civ. Action #: 24-CV-04204 (LGS)(OTW)<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 21, 2024; and Defendant Think Outsourcing LLC, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Wilguens Dorval in the amount of $44,000.00, inclusive of all penalties, interest, costs and attorney fees;

ORDERED and ADJUDGED that judgment is entered in favor of Wilguens Dorval and against Defendant Think Outsourcing LLC, in the amount of $44,000.00, inclusive of all penalties, interest, costs and attorney fees.

**Dated: October  23   2024**
**          New York, New York**

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**